IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, | ) ) ) |
| Petitioner, | ) ) ) Civ. No. 4:22-cv-00031-CDL |
| v. | ) ) |
| ADRIANA OLIVIERI CINQUEMANI, | ) ) |
| Respondent. | ) |

ORDER

This matter is before the Court on the Unopposed Motion for Court to Waive Daily Fine Assessed Against Respondent Adriana Olivieri Cinquemani ("Respondent") filed by Petitioner American Family Life Assurance Company of Columbus ("Aflac"). Upon consideration of the Motion, the Court GRANTS Aflac's Motion and hereby waives the $120 per calendar day fine assessed against Respondent and relieves Respondent of any obligation to pay the accrued and unpaid amounts that Respondent owes to the Court through and including the date of the Order.

SO ORDERED, this 22nd day of November, 2022.

S/Clay D. Land
HON. CLAY D. LAND
U.S. DISTRICT COURT JUDGE